```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                          :
RUTH ANN KRAUSHAAR,                       :
                                          :     CASE NO. 1:11-CV-2252
              Plaintiff,                  :
                                          :
vs.                                       :     OPINION & ORDER
                                          :     [Resolving Doc. Nos. 1 & 17 ]
MICHAEL J. ASTRUE,                        :
Commissioner of Social Security,          :
                                          :
              Defendant.                  :
-------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Ruth Ann Kraushaar challenges the final decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits and supplemental social security income. [Doc. 1.] Specifically, Plaintiff Kraushaar asserts two assignments of error: first, that the Administrative Law Judge ("ALJ") improperly determined that Kraushaar's impairments did not meet the disability requirements; and second, that the ALJ misapplied the non-compliance regulations. [Doc. 13.]

This matter was referred to Magistrate Judge Knepp pursuant to Local Rule 72.2. On November 26, 2012, Magistrate Judge Knepp recommended that the Commissioner's decision denying benefits be affirmed. [Doc. 17.]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28

Case No. 1:11-CV-2252
Gwin, J.

U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt the magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In this case, neither party has objected to the Magistrate Judge's recommendation. Moreover, having conducted its own review of the record and the parties' briefs in this case, the Court agrees with the conclusions of Magistrate Judge Knepp.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Knepp's Report and Recommendation and incorporates it fully herein by reference, and **AFFIRMS** the decision of the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: January 29, 2013                    *s/     James S. Gwin*
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE